# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **ANN SAYLER,** | ) | **Case No.:  5:18-cv-01271-JRA** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **HON. JUDGE JOHN R. ADAMS** |
| **vs.** | ) | |
| | ) | **STIPULATION OF VOLUNTARY** |
| **MERCEDES-BENZ USA LLC, ET AL.** | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | **AS TO PLAINTIFF SAYLER, AND** |
| **Defendants.** | ) | **WITHOUT PREJUDICE AS TO** |
| | ) | **THE PUTATIVE CLASS** |
| | ) | |

Plaintiff Ann Sayler ("Plaintiff") and Defendant Mercedes-Benz USA, LLC ("MBUSA") by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

**IT IS HEREBY STIPULATED AND AGREED:**

1. Plaintiff dismisses her individual claims with prejudice and dismisses the class action allegations without prejudice;

2. Each party will bear their own fees and costs; MBUSA has not provided any additional consideration for Plaintiff's dismissal of her claims.

**IT IS SO ORDERED.**

| | |
|---|---|
| August 8, 2018 | /s/ John R. Adams |
| **DATE** | **HONORABLE JOHN R. ADAMS** |
| | **UNITED STATES DISTRICT JUDGE** |